## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Allen Michael Lewis and Dawn M. Lewis   |   CHAPTER 13

      <u>Debtor(s)</u>   |   BKY. NO. 13-18096 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1416

            Respectfully submitted,

            **/s/Thomas Puleo, Esquire**
            Thomas Puleo, Esquire
            Brian C. Nicholas, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 825-6306  FAX (215) 825-6406