UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

ALLEN MICHAEL LEWIS
DAWN M. LEWIS
                                                     : Bankruptcy No. 13-18096REF
        Debtor(s)                           : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Date: March 2, 2017**

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID W TIDD ESQ
516 MAIN STREET
HELLERTOWN PA 18055-1724

ALLEN MICHAEL LEWIS
DAWN M. LEWIS
9866 KISTLER VALLEY ROAD
KEMPTON,PA.19529-