UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

ALLEN MICHAEL LEWIS,   :   Bankruptcy No.  13-18096-REF

Debtor(s)   :   Chapter 13

\* \* \* \* \* \* \*

CERTIFICATE OF NO RESPONSE

The undersigned certifies that there has been no responsive pleading filed with respect to the Trustee's Motion to Vacate Dismissal.

Respectfully submitted,

Date:  03/21/2017

/s/ Lisa M. Ciotti
Lisa M. Ciotti, Esq.
for
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee