UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :
    ALLEN MICHAEL LEWIS              : Bankruptcy No.  13-18096-REF
      and                                   :
    DAWN M. LEWIS,                     :
                                                :
      Debtor(s)                         : Chapter 13

ORDER

AND NOW, it is ORDERED that the March 2, 2017 Order dismissing the case is hereby VACATED.

**Date: March 22, 2017**

BY THE COURT

Richard E. Fehling, BJ