United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-18096-ref
Allen Michael Lewis                                             Chapter 13
Dawn M. Lewis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Mar 22, 2017
                              Form ID: pdf900         Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2017.
db/jdb         +Allen Michael Lewis,    Dawn M. Lewis,    9866 Kistler Valley Road,    Kempton, PA 19529-9194
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr             +PNC Mortgage, a division of PNC Bank, N.A.,,    3232 Newmark Dr.,    Miamisburg, oh 45342-5421
13219837       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13147851      ++++ASPIRE/CB&T,   9 CORPORATE RIDGE PKWY,    COLUMBUS GA 31907-3049
                (address filed with court: Aspire/cb&t,    9 Mutec Dr,    Columbus, GA 31907)
13147852      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13147854      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
13147858      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
13147853       +Cabelas Wfb,    4800 Nw 1st Street Suite 300,    Lincoln, NE 68521-4463
13147855       +Cap One,    Pob 30281,   Salt Lake City, UT 84130-0281
13147856       +Cbalv/allentown Munici,    1325 Oxford Dr,    Allentown, PA 18103-9652
13147857       +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
13636814        CitiFinancial Servicing LLC,    P.O. Box 6043,   Sioux Falls, SD 57117-6043
13147859       +Cnac/pa108,    601 State Rd,    Emmaus, PA 18049-3029
13147860       +First Citizens Comm Ba,    15 S Main St,    Mansfield, PA 16933-1590
13147861       +Hsbc/bontn,    Po Box 30253,    Salt Lake City, UT 84130-0253
13147862       +Knbt Bank,    P.o. Box 22230,    Lehigh Valley, PA 18002-2230
13147865      ++METROPOLITAN EDISON COMPANY,    BANKRUPTCY DEPARTMENT,    331 NEWMAN SPRINGS ROAD,   BUILDING 3,
                 RED BANK NJ 07701-5688
                (address filed with court: Met-Ed,    PO Box 16001,   Reading, PA 19612-6001)
13160180       +MetEd A FirstEnergy Company,    FirstEnergy Corp,    331 Newman Springs Road, Building 3,
                 Red Bank NJ 07701-5688
13147866        National Penn Bank,    Philadelphia & Reading A,    Boyertown, PA 19512
13147868       +Option One Mortgage,    11104 Menaul Blvd Ne,    Albuquerque, NM 87112-2454
13171622       +PNC Mortgage,    a division of PNC Bank, N.A.,    3232 Newmark Drive,
                 Miamisburg, Ohio 45342-5421
13147869       +Pnc Bank Na,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13147870       +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13147872       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13147873       +Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13147874       +Verizon Wirelss,    2000 Corporate Dr,    Orangeburg, NY 10962-2624
13248986        WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,   LINCOLN, NE 68501-2609
13147875       +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Mar 23 2017 01:38:45     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2017 01:38:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 23 2017 01:38:50     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2017 01:55:04
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
13211831        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2017 01:39:19
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
13147863       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 23 2017 01:38:19     Kohls/chase,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13147864        E-mail/Text: camanagement@mtb.com Mar 23 2017 01:38:25     M & T Bank,    Po Box 7678,
                 Buffalo, NY 14240
13166252       +E-mail/Text: egssupportservices@egscorp.com Mar 23 2017 01:38:44     NCO Financial Systems, Inc,
                 507 Prudential Road,    Horsham, PA 19044-2308
13209103        E-mail/PDF: cbp@onemainfinancial.com Mar 23 2017 01:39:26     OneMain Financial, Inc.,
                 P.O. Box 6043,    Sioux Falls SD 57117-6043
13147867       +E-mail/PDF: cbp@onemainfinancial.com Mar 23 2017 01:39:20     Onemain Fi,
                 6801 Colwell Blvd C/s Care Dept,    Irving, TX 75039-3198
13669961        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2017 01:39:20
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
13189253        E-mail/Text: bnc-quantum@quantum3group.com Mar 23 2017 01:38:26
                 Quantum3 Group LLC as agent for,    Quantum3 Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
                                                                                              TOTAL: 12

```
District/off: 0313-4          User: Lisa                  Page 2 of 2                  Date Rcvd: Mar 22, 2017
                              Form ID: pdf900             Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +CitiFinancial Servicing LLC,    PO BOX 6043,    SIOUX FALLS, SD 57117-6043
13147871      ##+Saxon Mortgage Service,    4708 Mercantile Dr N,    Fort Worth, TX 76137-3605
                                                                                             TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2017 at the address(es) listed below:
              DAVID W. TIDD    on behalf of Debtor Allen Michael Lewis bankruptcy@davidtiddlaw.com
              DAVID W. TIDD    on behalf of Joint Debtor Dawn M. Lewis bankruptcy@davidtiddlaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Bank, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    ALLEN MICHAEL LEWIS : Bankruptcy No.  13-18096-REF
    and :
    DAWN M. LEWIS, :
:
    Debtor(s) : Chapter 13

ORDER

AND NOW, it is ORDERED that the March 2, 2017 Order dismissing the case is hereby VACATED.

**Date: March 22, 2017**

Date

BY THE COURT

Richard E. Fehling, BJ