# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Allen Michael Lewis<br>         Dawn M. Lewis aka Dawn Marie Lewis<br><br>                    Debtors<br><br>PNC BANK, N.A.<br>                    Movant<br>          v.<br><br>Allen Michael Lewis<br>Dawn M. Lewis aka Dawn Marie Lewis<br>                    Debtors<br>               and<br>Frederick L. Reigle<br>                    Trustee | Chapter 13<br><br><br>NO. 13-18096 REF |

## ORDER

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on April 2, 2014, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to the premises 9866 Kistler Valley Road, Kempton, PA 19529, so as to allow PNC BANK, N.A., or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage and to pursue its *in rem* State Court remedies, ~~which may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged premises, and the execution of judgment and Sheriff's Sale of the premises, among other remedies~~.  The crossed out clause is crossed out because it was not in stipulation.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: July 17, 2017**                    _____
                                                                          United States Bankruptcy Judge