United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-18096-ref
Allen Michael Lewis                                                       Chapter 13
Dawn M. Lewis
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa          Page 1 of 1          Date Rcvd: Jul 17, 2017
                             Form ID: pdf900      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2017.
db/jdb       +Allen Michael Lewis,    Dawn M. Lewis,    9866 Kistler Valley Road,    Kempton, PA 19529-9194
cr           +CitiFinancial Servicing LLC,    PO BOX 6043,    SIOUX FALLS, SD 57117-6043
cr           +PNC Mortgage, a division of PNC Bank, N.A.,,    3232 Newmark Dr.,   Miamisburg, oh 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2017 01:10:37
              PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                    TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2017 at the address(es) listed below:
          DAVID W. TIDD   on behalf of Joint Debtor Dawn M. Lewis bankruptcy@davidtiddlaw.com,
          jad@cdllawoffice.com,dmk@cdllawoffice.com,reb@cdllawoffice.com
          DAVID W. TIDD   on behalf of Debtor Allen Michael Lewis bankruptcy@davidtiddlaw.com,
          jad@cdllawoffice.com,dmk@cdllawoffice.com,reb@cdllawoffice.com
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOHN R.K. SOLT   on behalf of Debtor Allen Michael Lewis jsolt.soltlaw@rcn.com,
          sbennett.jrksolt@gmail.com
          JOHN R.K. SOLT   on behalf of Joint Debtor Dawn M. Lewis jsolt.soltlaw@rcn.com,
          sbennett.jrksolt@gmail.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   PNC Bank, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   PNC Bank, N.A. bkgroup@kmllawgroup.com
          THOMAS I. PULEO   on behalf of Creditor   PNC Bank, N.A. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Allen Michael Lewis
      Dawn M. Lewis aka Dawn Marie Lewis

                Debtors

PNC BANK, N.A.

                Movant

      v.

Allen Michael Lewis
Dawn M. Lewis aka Dawn Marie Lewis
                Debtors

        and

Frederick L. Reigle

                Trustee

Chapter 13

NO. 13-18096 REF

## **<u>ORDER</u>**

      AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on April 2, 2014, it is ORDERED AND DECREED that:

      The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to the premises 9866 Kistler Valley Road, Kempton, PA 19529, so as to allow PNC BANK, N.A., or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage and to pursue its *in rem* State Court remedies, ~~which may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged premises, and the execution of judgment and Sheriff's Sale of the premises, among other remedies~~. The crossed out clause is crossed out because it was not in stipulation.

      The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: July 17, 2017**
                _____
                United States Bankruptcy Judge