UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

ALLEN MICHAEL LEWIS
DAWN M. LEWIS
                                                : Bankruptcy No. 13-18096REF
                Debtor(s)                       : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: July 20, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID W TIDD ESQ
1121 PENN AVENUE - SUITE 201
P O BOX 6643
WYOMISSING PA 19610-

ALLEN MICHAEL LEWIS
DAWN M. LEWIS
9866 KISTLER VALLEY ROAD
KEMPTON,PA.19529-